**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 98-2563

GERALDINE BLACKWELL,

Plaintiff - Appellant,

versus

SHIRLEY S. CHATER, COMMISSIONER OF SOCIAL
SECURITY,

Defendant - Appellee.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Lacy H. Thornburg, District Judge. (CA-95-95-5)

Submitted: March 31, 1999          Decided: October 7, 1999

Before NIEMEYER and MICHAEL, Circuit Judges, and HALL,[*] Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Charles McB. Sasser, Margaret B. DeVries, COX, GAGE & SASSER, Charlotte, North Carolina, for Appellant. Mark T. Calloway, United States Attorney, Joseph L. Brinkley, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

---

[*] Senior Judge Hall was assigned to the panel in this case but died prior to the time the decision was filed. The decision is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Geraldine Blackwell appeals the district court's order affirming the decision of the Commissioner of Social Security denying disability benefits.  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See <u>Blackwell v. Chater</u>, No. CA-95-95-5 (W.D.N.C. Aug. 14, 1998).[*]  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*] Although the district court's judgment is marked as "filed" on August 10, 1998, the district court's records show that it was entered on the docket sheet on August 14.  Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the judgment was physically entered on the docket sheet that we take as the effective date of the district court's decision.  <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).